IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE WATSON,

        Plaintiff,                      No. CIV S-06-2672 MCE EFB P

    vs.

MARTIN VEAL, et al.,

        Defendants.             <u>ORDER</u>

       /

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's January 30, 2007, request is granted and plaintiff has 30 days from the date this order is served to file an amended complaint.

      So ordered.

Dated: February 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE