# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| JESSIE WATSON,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>MARTIN VEAL, Warden; et al.,<br><br>    Defendants - Appellees. | No. 07-16690<br>D.C. No. CV-06-02672-MCE/EFB<br><br>ORDER |

**FILED**
NOV 13 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____

_____/s/_____
Judge
United States District Court

Date: 11.8.07