IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE WATSON,

       Plaintiff,                    No. CIV S-06-2672 MCE EFB P

      vs.

MARTIN VEAL, et al.,

       Defendants.          <u>ORDER</u>

                              /

      Plaintiff is a state prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). This case currently is before the court on remand from the Ninth Circuit.

      On August 13, 2008, this court dismissed this action on the ground that plaintiff failed to state a claim upon which relief could be granted. Plaintiff appealed, and on December 24, 2008, the Ninth Circuit found that plaintiff stated a claim that the defendants were deliberately indifferent to plaintiff's serious medical needs by having him increase his "dry weight." Thus, defendants must be notified of this action.

      Accordingly, it is ordered that:

      1. Service is appropriate for defendants Boncarros, Awa, Al-Bander and Veal.

////

1

2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and one copy of the March 13, 2007, amended pleading.

3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and send it to the court with the completed summons and USM-285 forms, and five copies of the endorsed March 13, 2007, amended pleading.

4. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Boncarros, Awa, Al-Bander and Veal pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order and failure to prosecute. *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

Dated: December 31, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE WATSON,

   Plaintiff,      No. CIV S-06-2672 MCE EFB P

 vs.

MARTIN VEAL, et al.,

   Defendants.     <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

  Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

   __1__  completed summons form

   __4__  completed forms USM-285

   __5__  copies of the __March 13, 2007__
             First Amended Complaint

Dated:

                _____
                  Plaintiff

3