IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE WATSON,

        Plaintiff,                               No. CIV S-06-2672 MCE EFB P

       vs.

MARTIN VEAL, et al.,

        Defendants.                   ORDER

_____/

       Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

       The United States Marshal has returned process directed to defendants Awa and Al-Bander unserved because they do not currently work at the California Medical Facility and there is no information about them in the CDCR locator database. Dckt. 30. Plaintiff must provide new information about where these defendants may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may

1

seek judicial intervention.

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff two forms USM-285 and a copy of the pleading filed March 13, 2007.

2. Within 60 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendants Awa and Al-Bander and two copies of the pleading provided to plaintiff.

3. Failure to provide new instructions for service of process upon defendants Awa and Al-Bander within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to those defendants.

DATED: March 19, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE WATSON,

        Plaintiff,                No. CIV S-06-2672 MCE EFB P

    vs.

MARTIN VEAL, et al.,

        Defendants.     NOTICE OF SUBMISSION OF DOCUMENTS
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        One        completed summons

        ___        completed USM-285 forms

        ___        copies of the __March 13, 2007__
                              Amended Complaint

DATED:

                                            _____
                                            Plaintiff