IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE WATSON,

        Plaintiff,                     No. CIV S-06-2672 MCE EFB P

        vs.

MARTIN VEAL, et al.,

                                    FINDINGS AND RECOMMENDATIONS

        Defendants.

_____/

      On January 26, 2009, the court ordered the United States Marshal to serve the complaint on defendants. On March 11, 2009, process directed to defendants Awa and Al-Bander was returned unserved with the notations that neither person was employed at the institution plaintiff designated for service, and that the Department of Corrections and Rehabilitation was unable independently to locate either defendant in their personnel database. On March 19, 2009, the court directed plaintiff to provide additional information to serve defendants Awa and Al-Bander within 90 days. That period has passed and plaintiff has not returned the USM-285 forms necessary to effect service on defendants Awa and Al-Bander. Neither has he otherwise responded to the court's order.

      Accordingly, it is hereby RECOMMENDED that defendants Awa and Al-Bander be dismissed without prejudice.

1  These findings and recommendations are submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fifteen days
3  after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8  DATED:  June 25, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE