1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE WATSON,                          No. 2:06-cv-02672 MCE EFB P

    Plaintiff,

  vs.                                   <u>ORDER</u>

MARTIN VEAL, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On June 26, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days.

1

1  Neither party has filed objections to the findings and
2  recommendations.
3      The court has reviewed the file and finds the findings and
4  recommendations to be supported by the record and by the
5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6  that:
7      1.  The findings and recommendations filed June 26, 2009,
8  are adopted in full; and
9      2.   Defendants Awa and Al-Bander are dismissed without
10 prejudice.

Dated:  August 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE